ACCEPTED
12-13-00032-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/23/2015 4:43:37 PM
CATHY LUSK
CLERK

# STEVEN R. GREEN

## ATTORNEY AND COUNSELOR AT LAW

209 East Corsicana Street, Athens, Texas 75751
Phone: (903) 675-1802 • Fax: (469) 533-1662
Email:  stevegreenatty@earthlink.net

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/23/2015 4:43:37 PM

CATHY S. LUSK
Clerk

January 23, 2015

Honorable Clerk Cathy S. Lusk
Twelfth Court of Appeals
1517 West Front Street, Ste. 354
Tyler, Texas 75702

Re:   *Horace Joe Barker vs. The State of Texas*
      Court of Appeals No. 12-13-00032-CR

Dear Ms. Lusk:

This letter certifies I have sent to Mr. Barker by certified mail, return receipt requested, to his last known address, a copy of the Court's opinion and judgment along with notification of his right to file a petition for discretionary review under Rule 68 of the Texas Rules of Appellate Procedure.

A copy of the letter and the certified mail receipt are attached.

Thank you.

Sincerely,

Steven R. Green

SRG/mot

Attachments

# STEVEN R. GREEN

## ATTORNEY AND COUNSELOR AT LAW

209 East Corsicana Street, Athens, Texas 75751
Phone: (903) 675-1802 • Fax: (469) 533-1662
Email: stevegreenatty@earthlink.net

**CERTIFIED MAIL...RRR**

January 22, 2015

Mr. Horace Joe Barker #01830467
Hughes Unit
Route 2, Box 4400
Gatesville, Texas 76597

Re:  *Horace Joe Barker vs. The State of Texas*
  Court of Appeals No. 12-13-00032-CR

Dear Mr. Barker:

Please find enclosed a copy of the Opinion and the Judgment from the Court of Appeals affirming your conviction in the above referenced case. You can continue your appeal by filing a Petition for Discretionary Review (PDR) pursuant to Rule 68 of the Texas Rules of Appellate Procedure to the Court of Criminal Appeals no later than February 20, 2014 in the Court of Appeals in Tyler, Texas. Unfortunately, I am unable to continue to assist you in this appeal as Texas law does not entitle you to court appointed counsel in pursuing a PDR.

Thank you.

Sincerely,

Steven R. Green

SRG/mot

Enclosures



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.70 | 0751 |
| Certified Fee | $3.30 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.70 | |

Sent To  Horace Joe Barker 01830467
Street & Apt. No. or PO Box No.  Route 2, Box 4400
City, State, ZIP+4  Gatesville, Texas 76597

PS Form 3800, July 2014    See Reverse for Instructions